❐ Original          ❐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>a USPS Priority Mail Package bearing USPS<br>tracking number 9405 5362 0624 9315 1672<br>31 | )<br>)<br>)    Case No.  26-842M(NJ)<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Wisconsin_____
*(identify the person or describe the property to be searched and give its location)*:

a USPS Priority Mail Package bearing USPS tracking number 9405 5362 0624 9315 1672 31  weighing 4.3 oz and addressed to "Kyle Borchardt 2225 N 23rd St., Sheboygan, WI 53083-4444", sent from "Alisson Roy 5123 Marbella Ct., La Quinta, CA 92253."

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A controlled substance, fruits of crime, or other evidence of distribution of a controlled substance, and unlawful use of a communication facility, in violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

**YOU ARE COMMANDED** to execute this warrant on or before ___2/6/2026___ *(not to exceed 14 days)*
❐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Nancy Joseph_____ .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*    ❐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    ___1/23/2026___ @ 1:32 p.m.          *[signature]*
                                                                                    *Judge's signature*

City and state:        ___Milwaukee, WI___              Honorable Nancy Joseph, U.S. Magistrate Judge
                                                                            *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>26-842M (NJ) | Date and time warrant executed:<br>23 JAN 2026     1514 hrs. | Copy of warrant and inventory left with:<br>9405 5362 0624 9315 1672 31 |
| Inventory made in the presence of :<br>PI Chris Massari and PI Jason Wick | | |

Inventory of the property taken and name(s) of any person(s) seized:

Search Warrant 26-842M (NJ): USPS Priority Parcel 9405 5362 0624 9315 1672 31, was opened and located inside was a flat mylar barrier reusable bag with three layers of wrapping over it.  Contained inside of the bag was a white crystal-like material.  A field test of the material was conducted by PI Massari using the ThermoFisher Scientific TruNarc Handheld Narcotics Analyzer, Raman Spectrometer.  The material field tested positive for Methamphetamine.

The approximate weight of substance was 62 grams.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:     28 JAN 2026

*Executing officer's signature*

Chris Massari    U.S. Postal Inspector
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>a USPS Priority Mail Package bearing USPS<br>tracking number 9405 5362 0624 9315 1672 31 | )<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 26-842M(NJ) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

a USPS Priority Mail Package bearing USPS tracking number 9405 5362 0624 9315 1672 31  weighing 4.3 oz and addressed to "Kyle Borchardt 2225 N 23rd St., Sheboygan, WI 53083-4444", sent from "Alisson Roy 5123 Marbella Ct.,

located in the _____Eastern_____ District of _____Wisconsin_____ , there is now concealed *(identify the person or describe the property to be seized)*:

A controlled substance, fruits of crime, or other evidence of distribution of a controlled substance, and unlawful use of a communication facility, in violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

❒ property designed for use, intended for use, or used in committing a crime;

❒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 843(b)<br>21 U.S.C. § 846 | Distribution of a controlled substance, unlawful use of a communication facility,<br>and conspiracy. |

The application is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Chris Massari, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means)*.

Date: __1/23/2026__

_____
*Judge's signature*

City and state: __Milwaukee, WI__

Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**

**AN APPLICATION FOR A SEARCH WARRANT**

I, Christopher A. Massari, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.     I am a United States Postal Inspector, assigned to the United States Postal Inspection Service ("USPIS") Domicile in Milwaukee, Wisconsin. I have been a federal law enforcement officer for over fourteen years. From May 2011 to January 2022, I served as a Special Agent with the United States Department of State, Diplomatic Security Service and from January 2022 to the present day, with the USPIS.

2.     The USPIS is the primary investigative arm of the United States Postal Service ("USPS") and is charged under Title 18, United States Code, 3061 with the enforcement of laws governing the use and movement of the United States Mail, including the misuse and fraudulent schemes involving the mail, crimes relating to mail fraud, narcotics trafficking, and identity theft involving the United States Mail.

3.     I have participated in numerous complex organized crime investigations which involved violations of state and federal controlled substances laws and other related offenses. I have extensive experience with investigating international organized criminal organizations that specialize in identity theft, human smuggling, prostitution, counterfeit products, visa fraud, US passport fraud, and monetary structuring to finance larger criminal operations including terrorism and controlled substance distribution. I have had both formal training and have participated in numerous complex organized crime investigations. More specifically, my training and experience include the following:

      a. I have participated in numerous search warrants where controlled substances, drug paraphernalia, and organized crime records were seized;

1

b. I am familiar with the appearance and street names of various drugs, including marijuana, heroin, cocaine, cocaine base (unless otherwise noted, all references to crack cocaine in this affidavit is cocaine base in the form of crack cocaine), ecstasy, and methamphetamine. I am familiar with the methods used by drug dealers to package and prepare controlled substances for sale;

c. I know that drug traffickers often use electronic equipment and wireless and land line telephones to conduct drug trafficking operations;

d. I know that drug traffickers commonly have in their possession, and at their residences and other locations where they exercise dominion and control, firearms, ammunition, and records or receipts pertaining to such;

e. I know that drug traffickers often put their telephones in nominee names in order to distance themselves from telephones that are utilized to facilitate drug trafficking;

f. I know that drug traffickers often use drug proceeds to purchase assets such as vehicles, property, and jewelry. I also know that drug traffickers often use nominees to purchase and/or title these assets to avoid scrutiny from law enforcement officials; and

g. I am familiar with how criminal organizations use the USPS and other parcel delivery organizations to circumvent the law enforcement inspection process.

4. Based on my training received at the Federal Law Enforcement Training Center (FLETC), personal experience, on the job training, and working with other Postal Inspectors and North Central, High Intensity Drug Trafficking Area "HIDTA" drug task force officers, I understand the basic fundamentals of narcotics, drugs, paraphernalia, controlled substances, and moneys associated with the sale of narcotics, drugs, and controlled substances are sent through the USPS system, and I am familiar with many of the methods used by individuals who attempt to use the USPS to illegally distribute controlled substances.

**<u>PURPOSE OF AFFIDAVIT</u>**

5. This affidavit is made in support of a Federal Search and Seizure Warrant for the **SUBJECT PARCEL** (described below), for items which may constitute the fruits, instrumentalities, proceeds and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribution and Possession with Intent to Distribute a Controlled Substance, and

2

843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance). To seize: any controlled substance, and any paraphernalia associated with the manufacture and distribution of controlled substances including packaging materials and containers to hold controlled substances; proceeds of drug trafficking activities, such as United States currency, money orders, bank checks, precious metals, financial instruments; and drugs or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, and/or times when controlled substances were obtained, transferred, sold, distributed, and/or concealed.

## PARCEL TO BE SEARCHED

6.      This affidavit is made in support of an application for a Federal Search and Seizure Warrant for a USPS Priority Mail piece (**SUBJECT PARCEL**). The **SUBJECT PARCEL** is described as a 12.5" L x 9.5" H x 0.5" W, white USPS Priority Mail Flat Rate Envelope weighing approximately 4.3 ounces or 122 grams and bearing a USPS Priority Mail postage label and USPS tracking number 9405 5362 0624 9315 1672 31. The **SUBJECT PARCEL's** USPS e-postage paid label has the origin/acceptance zip code of 92253 "La Quinta, CA" and is addressed to 2225 N 23rd St., Sheboygan, WI 53083. The postage paid was $9.26. The **SUBJECT PARCEL's** commercial e-postage generated postage label is addressed to "Kyle Borchardt 2225 N 23rd St., Sheboygan, WI 53083-4444". The **SUBJECT PARCEL's** e-postage generated postage label was sent from "Alisson Roy 5123 Marbella Ct., La Quinta, CA 92253."

3

**INVESTIGATION OF THE SUBJECT PARCEL**

7.     I, and other Postal Inspectors, have identified a trend of drug traffickers mailing controlled substances into the Eastern District of Wisconsin, from states in the Western United States, the Caribbean, and along the international border such as:  Washington, Oregon, California, Colorado, Nevada, New Mexico, Texas, Arizona, and the territorial island of Puerto Rico.  There, controlled substances are more easily and readily available, due to certain state laws, and a porous international border, among other reasons.  Inasmuch as individuals who would receive these controlled substances through the United States Mail are obliged to pay for said controlled substances, often, the United States Mail is utilized by drug recipients to send payments back to the drug traffickers along the West Coast, along the Southwestern United States and Puerto Rico.  As such, within the Prohibited Mailing of Narcotics program area of the USPIS, certain indicators have been identified around the trafficking of both illegal drugs, and their proceeds, through the United States Mail.

8.     I, along with other Milwaukee Postal Inspectors, conduct routine examinations of Postal Service databases and the outside surface area of parcels traveling via the USPS mail logistics system to and from the Eastern District of Wisconsin from states in the Southwest and Western United States as well as the territory of Puerto Rico.

9.     On January 16, 2026, the **SUBJECT PARCEL** was first scanned/accepted into the USPS mail system at Anaheim, CA 92899.  On January 19, 2026, the **SUBJECT PARCEL** arrived at the USPS Processing and Distribution Center, 2201 E College Ave., Oak Creek, WI 53154.  On January 20, 2026, USPIS Milwaukee intercepted the **SUBJECT PARCEL** for further inspection and coordination with law enforcement partners.

4

10. Visual examination of the exterior revealed the **SUBJECT PARCEL** was specifically addressed in the following manner on the electronically printed postage label:

From:     ALISSON ROY
          51237 MARBELLA CT
          LA QUINTA CA 92253

To:       KYLE BORCHARDT
          2225 N 23RD ST
          SHEBOYGAN WI 53083-4444

11. No phone numbers or other information was listed on the **SUBJECT PARCEL** due to the Priority Mail parameters of shipping.

### *CLEAR, Other Intelligence, and K9 alert to the SUBJECT PARCEL*

12. I conducted a search of the Thomson-Reuters CLEAR database for information written on the mailing label for the addressor; Alisson Roy. 51237 Marbella Ct., La Quinta, CA 92253. The Thomson-Reuters CLEAR database returned a negative result Alisson Roy. I also conducted a search of the Thomson-Reuters CLEAR database for information printed on the mailing label for the addressed recipient; Kyle Borchardt. 2225 N 23rd St., Sheboygan, WI 53083. The Thomson-Reuters CLEAR database returned a positive result for a Kyle Borchardt of 39 years of age. Based on my training, experience, and discussions with fellow Postal Inspectors, there is a technique used in postal based drug trafficking for members to use a blend of factual and erroneous information on e-postage shipping to evade detection due to the "commercial" nature of the shipping method. The use of technique may evade detection under the guise of a legitimate parcel.

13. On January 22, 2026, Postal Inspector Massari met with Sheboygan County Metropolitan Enforcement Group (MEG) Investigator Robert Erickson, Sheboygan County Sheriff's Deputy Bethany Wendler, and Deputy Wendler's Canine/K9 partner Storm. Together,

5

Deputy Wendler and K9 Storm are a certified Police Narcotic Detection Team with over four weeks of initial intensive training in May of 2022, along with continually monthly training totaling 620 hours and they are accredited through Jessifany Canine Services LLC., Dodge County, WI, deploying and utilizing a drug detection canines; that this certification is based on guidelines set forth by the North American Police Work Dog Association (NAPWDA) which is a nationally based group in partnership with local, state, federal and international agencies including private vendors, law enforcement and first responders; that this training establishes consensus-based best practices for the use of detection canine teams by improving the consistency and performance of deployed teams which will improve interdiction efforts as well as courtroom acceptance. K9 Storm is trained to detect the odor of controlled substances; that these substances include marijuana, cocaine, heroin, methamphetamine, and ecstasy, as well as other dangerous drugs due to chemical processing similarities; that upon location of the odor of these controlled substances, the canine's behavior will change which is identified as an alert. Furthermore the dog is trained to have a final response at the source of odor which is called an indication. The final indication/alert may also indicate items recently contaminated with, or associated with the odor of one or more controlled substances. Deputy Wendler maintains training records, which are current through January 20, 2026, at 2,000 hours. K9 Storm has had approximately 1636 drug finds in training. Deputy Wendler and K9 Storm were most recently certified on May 1, 2025.

14. On January 22, 2026, Inspector Massari placed the **SUBJECT PARCEL** on the ground at the Sheboygan Post Office's second floor administrative office hallway with five other similarly sized empty parcels. Deputy Wendler indicated Canine/K9 Storm located and alerted to the parcel known to be the **SUBJECT PARCEL**. Deputy Wendler informed Inspector Massari Canine/K9 Storm's alert indicated the presence of controlled substances or other items, such as

6

proceeds of controlled substances, which have been recently contaminated with, or associated with the odor of one or more controlled substances.

15. Based upon the information as outlined in this affidavit, I strongly believe that this parcel may contain controlled substances being trafficked through the United States Mail. Consequently, I respectfully request authorization to open this parcel and search its contents for evidence of controlled substance trafficking. I also request permission to seize contents of the parcel as evidence, that may constitute contraband, proceeds or fruits of the crime of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribution and Possession with Intent to Distribute a Controlled Substance, and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).

16. I have not included in this affidavit each and every fact known to me regarding this investigation and search warrant application request; the facts included are only those that I, respectfully, believe may relate to a determination of whether there is probable cause to believe that items sought to be seized will be found in the place, or item, to be searched, and whether those items are evidence of the offenses identified in this affidavit.

17. The **SUBJECT PARCEL** is currently being held at the United States Postal Inspection Service office in Milwaukee, Wisconsin.

18. Further, it is respectfully requested that this Court issue an order pursuant to Title 18 U.S.C. § 3103a(b), finding that immediate notification may have an adverse result listed in Title 18 U.S.C.§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized for a period up to 180 days, unless an extension is requested. I believe that immediate notification of the contents

7

of this affidavit and related documents may have a significant and negative impact on the investigation into Postal based drug trafficking and may severely jeopardize its effectiveness.

Case 2:26-mj-00842-NJ    Filed 01/28/26    Page 11 of 11    Document 2